**MEMO ENDORSED**

# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

JANUARY 11, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021
```

**BY ECF**
The Honorable Valerie E. Caproni (VEC)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Quashawn Escalera*, 12 Cr. 667 (VEC)

Dear Judge Caproni:

      This a request from Mr. Escalera to modify his current bail conditions, which currently allows him to work in the jurisdictions of EDNY and SDNY and Connecticut where he resides. Mr. Escalera is gainfully employed as an electrician and his employment sometimes requires him to travel to New Jersey. Mr. Escalera humbly requests the Court to include New Jersey as a place of travel only for the purposes of employment so that he can fully perform his employment responsibilities. Mr. Escalera will continue to abide by all the other conditions mandated by the Court.

      Thank you for the Court's time and consideration in this matter.

      Respectfully,

      *Kenneth J. Montgomery*
      s/
      Kenneth J. Montgomery

Application GRANTED.

SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1/11/2021