```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA          :
                                    :   20-CR-667 (VEC)
        -against-                   :
                                    :   <u>ORDER</u>
  QUASHAWN ESCALERA,                :
                        Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Escalera's sentencing is scheduled for January 31, 2022 at 4:00 p.m., *see* Dkts. 166, 192;

IT IS HEREBY ORDERED that counsel should be prepared to discuss at sentencing why the appropriate Sentencing Guidelines cross reference from U.S.S.G. § 2X1.1(b)(1) is to aggravated assault, U.S.S.G. § 2A2.2, rather than to assault with intent to commit murder, U.S.S.G. § 2A2.1.

**SO ORDERED.**

**Date: January 29, 2022**              _____
**      New York, NY**                   **VALERIE CAPRONI**
                                         **United States District Judge**