**MEMO ENDORSED**

# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

May 5, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2022
```

**Via ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                      **RE: United States v. Quashawn Escalera**
                      **Criminal Docket 20 CR 667 (VEC)**

Dear Judge Caproni:

      This letter is a request to extend Mr. Escalera's curfew. Mr. Escalera has been in full compliance with supervision as he navigates school, employment, and being a new father. His probation officer is in approval of his employment and education requests to extend his curfew to accommodate school and employment. Mr. Escalera has been accepted into Apex Technical School in Queens New York and is scheduled to begin classes on June 13, 2022, Monday-Thursday 6 pm-10 pm. Mr. Escalera has also secured on-the-books employment at Home Depot in Fairfield Connecticut and would be eligible for more hours which would be a great assistance in providing for his newborn child.

      I believe Mr. Escalera has only 80 days of house arrest and is scheduled to complete his drug program next week and has been in full compliance with the conditions of his sentence set by your Honor. Mr. Escalera will still be monitored by an electronic bracelet, but this modification will assist him in meeting the goals of the conditions set by the Court.

Thank you for your time and consideration in this matter.

Application GRANTED.

SO ORDERED.

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully,

*Kenneth J. Montgomery*

Attorney for Quashawn Escalera
198 Rogers Avenue
Brooklyn, New York 11225