USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :   20-CR-667 (VEC)
    -against-                       :
                                    :   ORDER
QUASHAWN ESCALERA,                  :
                        Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 25, 2025, Probation charged Mr. Escalera with five violations of supervised release; and

WHEREAS on May 6, 2025, Mr. Escalera appeared before the Court.

IT IS HEREBY ORDERED that Mr. Escalera must appear before the Court for a conference on August 7, 2025 at 3:30 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Probation must provide a status report by no later than July 31, 2025.

IT IS FURTHER ORDERED that Mr. Escalera's conditions of supervised release are modified to include location monitoring with a curfew to be set by Probation, as well as outpatient mental health treatment.

IT IS FURTHER ORDERED that Mr. Escalera must provide Probation with proof of a valid driver's license, a plan to pay off the tickets and compliance with that plan.

IT IS FURTHER ORDERED that if Mr. Escalera intends to use the vehicle, he must also provide Probation with proof of the vehicle's registration.

**SO ORDERED.**

**Date:** May 6, 2025
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**