USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :     20-CR-667 (VEC)
          -against-                   :
                                      :     ORDER
QUASHAWN ESCALERA,                    :
                         Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 7, 2025, Mr. Escalera appeared before the Court.

IT IS HEREBY ORDERED that Mr. Escalera must appear before the Court for a conference on February 6, 2026 at 3:00 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Probation must provide a status report by no later than January 30, 2026.

IT IS FURTHER ORDERED that Mr. Escalera's conditions of supervised release are modified to remove location monitoring with a curfew set by Probation.

**SO ORDERED.**

Date: **August 7, 2025**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**