UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2026
```

------------------------------------------------------------ X

UNITED STATES OF AMERICA                    :

       -against-                                 :

QUASHAWN ESCALERA,                          :

                             Defendant.       :

------------------------------------------------------------ X

20-CR-667 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 6, 2026, Mr. Escalera appeared before the Court.

IT IS HEREBY ORDERED that Mr. Escalera must appear before the Court for a conference on **October 2, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Probation must provide a status report by **no later than September 24, 2026**.

**SO ORDERED.**

Date:  **March 6, 2026**
      **New York, NY**

_____
          **VALERIE CAPRONI**
        **United States District Judge**