USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

UNITED STATES OF AMERICA          :
                                  :          20-CR-667 (VEC)
          -against-               :
                                  :          ORDER
QUASHAWN ESCALERA,                :
                    Defendant.    :
--------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

In light of the Defendant's recent arrest, the conference currently scheduled for Friday, October 2, 2026, is rescheduled to **Thursday, June 11, 2026, at 2:00 p.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  May 26, 2026**
      **New York, NY**

_____
          **VALERIE CAPRONI**
      **United States District Judge**