UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

UNITED STATES OF AMERICA                      :
                                              :
        -against-                             :
                                              :
QUASHAWN ESCALERA,                            :
                            Defendant.        :
--------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2026

20-CR-667 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on Friday, June 11, 2026, Mr. Escalera appeared before the Court and was arraigned on the additional charges in the Amended Violation Report prepared by Probation and dated May 21, 2026.

IT IS HEREBY ORDERED that Mr. Escalera must appear before the Court for a conference on **Wednesday, August 5, 2026, at 2:30 p.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that curfew and location monitoring will extend through the date of this conference.

**SO ORDERED.**

**Date: June 12, 2026**
**New York, NY**

                        **VALERIE CAPRONI**
                        **United States District Judge**