USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA :
:
-against- :
:
QUASHAWN ESCALERA, :
Defendant. :
-------------------------------------------------------------- X

20-CR-667 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on Wednesday, August 5, 2026, Mr. Escalera appeared before the Court.

IT IS HEREBY ORDERED that Mr. Escalera must appear before the Court for a conference on **Thursday, October 22, 2026, at 2:30 p.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. A report from Probation is due to the Court **no later than Friday, October 16, 2026**.

IT IS FURTHER ORDERED that location monitoring will extend through the date of this conference.

**SO ORDERED.**

**Date: August 5, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**