USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
UNITED STATES OF AMERICA :
:
-against- :
:
QUASHAWN ESCALERA, :
Defendant. :
---------------------------------------------------------- X

20-CR-667 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 22, 2026, Mr. Escalera appeared before the Court for a status conference and arraignment on a violation of probation report dated September 30, 2026; and

WHEREAS during that conference, the Court added a special condition of probation that Mr. Escalera should have absolutely no contact, in person or electronically, with Helen Daly.

IT IS HEREBY ORDERED that Mr. Escalera must appear before the Court for a conference on **December 3, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: October 23, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**